AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 APR 24  AM 9: 15

CLERK-LAS CRUCES

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No: PO 12-808 |
| Alberto HERRERA-Apodaca | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of April 03, 2012 in the county of Hidalgo in the State and District of New Mexico, the defendant violated 8 U.S.C. §1325(a)(1)(EWI Misdemeanor), an offense described as follows:

enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On April 22, 2012 the defendant was encountered and arrested by U.S. Border Patrol Agents in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States. Based on the investigative information given on the case, Agents were able to determine the defendant entered on April 3, 2012, in Hidalgo County, New Mexico. The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Adriana Rodriguez  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 24, 2012

*Judge's signature*

**LOURDES A. MARTINEZ**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

City and state: Las Cruces, N.M.